ANNIE REISMAN AND MORITZ REISMAN, PLAINTIFFS IN ERROR, v. PUBLIC SERVICE CORPORATION OF NEW JERSEY, DEFENDANT IN ERROR.

Submitted July 10, 1911—Decided November 20, 1911.

On error to the Camden Circuit Court.

For the plaintiffs in error, *John W. Wescott.*

For the defendant in error, *Lewis Starr.*

PER CURIAM.

This case arose out of the same occurrence as the case of Minnie Reisman against the same defendant, decided at the present term of this court, and the two cases were tried together and submitted on the same briefs in this court.

For the reasons given in the opinion filed in the case, *Reisman* v. *Public Service Corp., ante p.* 464, the judgment of nonsuit entered in the Circuit Court will be affirmed.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, GAR-RISON, SWAYZE, TRENCHARD, PARKER, VOORHEES, BOGERT, VREDENBURGH, CONGDON, JJ.    10.

*For reversal*—BERGEN, KALISCH, WHITE, JJ.    3.